SUPREME COURT OF ARIZONA
En Banc

```
DESERT MOUNTAIN PROPERTIES     )  Arizona Supreme Court
LIMITED PARTNERSHIP,           )  No.  CV-10-0339-PR
                               )
           Plaintiff/Appellee/ )  Court of Appeals
              Cross-Appellant, )  Division One
                               )  No.  1 CA-CV 08-0802
           v.                  )
                               )  Maricopa County
LIBERTY MUTUAL FIRE INSURANCE  )  Superior Court
COMPANY,                       )  No.  CV2003-009686
                               )
         Defendant/Appellant/  )  O P I N I O N
            Cross-Appellee.    )
_____)
```

Appeal from the Superior Court in Maricopa County
The Honorable Robert E. Miles, Judge

**AFFIRMED**

_____

Opinion of the Court of Appeals, Division One
225 Ariz. 194, 236 P.3d 421 (App. 2010)

**AFFIRMED**

_____


FENNEMORE CRAIG, P.C.                                    Phoenix
     By   J. Randall Jefferies
          Timothy Berg
          Theresa Dwyer-Federhar
          Louis D. Lopez
          Meredith K. Marder
Attorneys for Desert Mountain Properties
Limited Partnership

DAVID BELL & ASSOCIATES, P.L.L.C.                        Phoenix
     By   David M. Bell
          Howard L. Andari
Attorneys for Liberty Mutual Fire
Insurance Company

HARALSON, MILLER, PITT, FELDMAN & MCANALLY, P.L.C.          Tucson
      By    Stanley G. Feldman

And

POLI & BALL, P.L.C.                                         Phoenix
      By    Michael N. Poli

And

KNAPP & ROBERTS, P.C.                                     Scottsdale
      By    David L. Abney
Attorneys for Amici Curiae Arizona
Association for Justice/Arizona Trial
Lawyers Association and United Policyholders

LEWIS AND ROCA, L.L.P.                                      Phoenix
      By    Randy S. Papetti
Attorneys for Amicus Curiae Complex
Insurance Claims Litigation Association
_____

**B E R C H**, Chief Justice

¶1      We granted review in this case to consider (1) whether a commercial general liability (CGL) policy covers an insured's contractual liability for damage that caused only economic loss, (2) whether the CGL policy's contractual liability exclusion applies only when an insured has "assumed" another's liability by agreeing to indemnify or hold another harmless, and (3) whether an insured's voluntary expenditures to repair property damage caused by construction defects resulted from a "legal obligation" to pay "damages."   We have jurisdiction under Article 6, Section 5(3) of the Arizona Constitution and A.R.S. § 12-120.24 (2003).

- 2 -

¶2      After considering the briefs and oral arguments, the Court affirms the opinion of the court of appeals on these issues for the reasons set forth therein.

_____
Rebecca White Berch, Chief Justice

CONCURRING:

_____
Andrew D. Hurwitz, Vice Chief Justice


_____
W. Scott Bales, Justice


_____
A. John Pelander, Justice


_____
Robert M. Brutinel, Justice